**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Adams, | No. CV-25-08159-PCT-KML |
| Plaintiff, | **ORDER** |
| v. | |
| Zurich American Insurance Company, et al., | |
| Defendants. | |

The parties seek to extend the case management deadlines regarding experts. (Doc. 36.) The parties' proposed extensions would mean the deadline for expert depositions would be the same as the deadline for dispositive motions. To prevent the parties from seeking a future extension, the court also extends the deadline for dipositive motions.

**IT IS ORDERED** the Motion (Doc. 36) is **GRANTED**. The following deadlines apply:

- The party with the burden of proof on an issue shall provide full and complete expert disclosures, as required by Rule 26(a)(2)(A)-(C) of the Federal Rules of Civil Procedure, no later than **May 6, 2026**.

- The responding party (not having the burden of proof on the issue) shall provide complete and expert disclosures, as required by Rule 26(a)(2)(A)-(C) of the Federal Rules of Civil Procedure, no later than **July 1, 2026**.

- The party with the burden of proof on the issue shall make its rebuttal expert disclosure, if any, no later than **July 15, 2026**. Rebuttal expert shall be limited to responding to opinions stated by the opposing party's experts.

- Expert depositions shall be completed no later than **August 31, 2026**. All expert depositions shall be scheduled to commence at least five (5) working days before this deadline.
- Dispositive motions shall be filed no later than **September 30, 2026**.
- All other deadlines remain in place.

Dated this 24th day of February, 2026.

**Honorable Krissa M. Lanham**
**United States District Judge**